COLONIAL PENN INSURANCE COMPANY, as Subrogee of ARLINE W. WEBER and Others, Respondent, v GERALD MALACHOWSKI et al., Defendants, and FEDDERS CORPORATION, Appellant. (Appeal No. 14.)

 (Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.